# Exhibit 5



Copyright Management <copyright@wxchasing.com>

## Re: [O67Z5QHIR7R34UGNB4LWGFDTD4] New Copyright Counter Notification

1 message

**YouTube Copyright** <youtube-disputes+08w2pchrzcp6w0h@google.com>  Wed, Jul 9, 2025 at 9:40 AM
Reply-To: YouTube Copyright <youtube-disputes+08w2pchrzcp6w0h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=295SHdbzuH4

Display name of uploader: NMás

En N+ estamos comprometidos a mantener una relación respetuosa con nuestras fuentes de información y contenido visual; por lo tanto, agradeceríamos la oportunidad de comprender mejor la naturaleza de su reclamación y explorar una solución que nos lleve a la eliminación de la sanción.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Irma Aguirre Mendoza

Irma Aguirre Mendoza
Av Chapultepec 28
06724 Ciudad de México , CDMX
Mexico

iaguirre@televisa.news

55 4758 1567

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

# Re: [HUYR5FVTB4KGZRLU6FLTJQK4AI] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+2uvv580czlitp0h@google.com>    Wed, Jul 9, 2025 at 9:41 AM
Reply-To: YouTube Copyright <youtube-disputes+2uvv580czlitp0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4GOxSh6HrMY

Display name of uploader: NMás

En N+ estamos comprometidos a mantener una relación respetuosa con nuestras fuentes de información y contenido visual; por lo tanto, agradeceríamos la oportunidad de comprender mejor la naturaleza de su reclamación y explorar una solución que nos lleve a la eliminación de la sanción.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Irma Aguirre Mendoza

Irma Aguirre Mendoza
Av. chapultepec 28
06724 Ciudad de México , CDMX
Mexico

iaguirre@televisa.news

55 4758 1567

Help Center • Email Options

Case 3:25-cv-06017-RFL    Document 1-5    Filed 07/16/25    Page 5 of 11

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@wxchasing.com>

## Re: [WPBYJN2X2QZ42OTU627VIRTSAU] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1qk6dfew1gv6f0h@google.com>  Wed, Jul 9, 2025 at 9:41 AM
Reply-To: YouTube Copyright <youtube-disputes+1qk6dfew1gv6f0h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=EoG2_1tmoEo

Display name of uploader: NMás

En N+ estamos comprometidos a mantener una relación respetuosa con nuestras fuentes de información y contenido visual; por lo tanto, agradeceríamos la oportunidad de comprender mejor la naturaleza de su reclamación y explorar una solución que nos lleve a la eliminación de la sanción.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Irma Aguirre Mendoza

Irma Aguirre Mendoza
Av. chapultepec 28
06724 Ciudad de México , CDMX
Mexico

iaguirre@televisa.news

55 4758 1567

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@wxchasing.com>

# Re: [3P73WVA5V4C6LCFNYSR6WYMMAU] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+2vvwf7kl25zc00h@google.com>   Wed, Jul 9, 2025 at 9:41 AM
Reply-To: YouTube Copyright <youtube-disputes+2vvwf7kl25zc00h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=qpDb_IKB6b8

Display name of uploader: NMás

En N+ estamos comprometidos a mantener una relación respetuosa con nuestras fuentes de información y contenido visual; por lo tanto, agradeceríamos la oportunidad de comprender mejor la naturaleza de su reclamación y explorar una solución que nos lleve a la eliminación de la sanción.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Irma Aguirre Mendoza

Irma Aguirre Mendoza
Chapultepec 28
06724 Ciudad de México , CDMX
Mexico

iaguirre@televisa.news

55 4758 1567

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@wxchasing.com>

## Re: [Z7BLY2KF5JDHY4DAQNOUSQBQNI] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1ivboo5q2krej0h@google.com>  Wed, Jul 9, 2025 at 9:41 AM
Reply-To: YouTube Copyright <youtube-disputes+1ivboo5q2krej0h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=yHFrRREy2PQ

Display name of uploader: NMás

En N+ estamos comprometidos a mantener una relación respetuosa con nuestras fuentes de información y contenido visual; por lo tanto, agradeceríamos la oportunidad de comprender mejor la naturaleza de su reclamación y explorar una solución que nos lleve a la eliminación de la sanción.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Irma Aguirre Mendoza

Irma Aguirre Mendoza
Av. chapultepec 28
06724 Ciudad de México , CDMX
Mexico

iaguirre@televisa.news

55 4758 1567

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066